USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
    UNITED STATES OF AMERICA    :
                - v. -               :
    MAX JORDAN,                    :
                Defendant.   :
------------------------------------------X

**ORDER**

13 Cr. 242 (SAS)

WHEREAS, with the consent of defendant MAX JORDAN, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on June 13, 2014;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:    New York, New York
           August 18, 2014

SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE
Southern District of New York