UITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA

    -v-

MAX JORDAN

    Defendant.

------------------------------------X

**ORDER**

13 Cr. 242 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/14

Upon the application of Max Jordan, by his attorney Margaret M. Shalley, for an Order adjourning the sentencing date because of a case conflict to October 21, 2014 or any date thereafter convenient to the Court. Presentencing submissions to be filed in accordance with the Court's Standing Sentencing Order.

**IT IS HEREBY ORDERED**, that:

1. Sentencing be adjourned until October 21, 2014 or any date thereafter convenient with the Court and presentencing submissions to be filed in accordance with the Court's Standing Sentencing Order. *Sentencing is scheduled for October 21, 2014 at 4:30 pm.*

Dated:    New York, New York
           September 17, 2014

**SO ORDERED**

_____
THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

9/17/14