Docket No.: 1:13CR00242




USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[X] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Submit a Request for Modifying the Condition or Terms of Supervision

[ ] Other

_____
Signature of Judicial Officer

11/23/15
_____
Date